JUDGE SULLIVAN

**08 CV 4552**

John A. Piskora (JP-1224)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000
*Attorneys for Plaintiff B2X Corporation*

RECEIVED MAY 16 2008 U.S.D.C. S.D. N.Y. CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
B2X CORPORATION,                              :

        Plaintiff,                              :   Index No.

        -against-                               :   **PLAINTIFF'S RULE 7.1 STATEMENT**

CLASSIC CLOSEOUTS, LLC and                    :
DANIEL GREENBERG,
                                               :
        Defendants.
                                               :
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the judges and magistrate judges of the Southern District of New York to evaluate possible disqualification or recusal, the undersigned attorneys of record for Plaintiff B2X Corporation certifies that it has the following parents, subsidiaries or affiliates that are publicly held: None.

Dated: New York, New York
       May 15, 2008

                                                 LOEB & LOEB LLP

                                                 By: _____
                                                 John A. Piskora
                                                 345 Park Avenue
                                                 New York, New York 10154-1895
                                                 (212) 407-4000
                                                 *Attorneys for Plaintiff B2X Corporation*

NY720047.1
209020-10001