UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
B2X CORPORATION,

                       Plaintiff,

-against-

CLASSIC CLOSEOUTS, LLC and DANIEL GREENBERG,

                       Defendant.
--------------------------------------------------------------X

Case No.: 08 CV 4552

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                   ) ss.:
COUNTY OF NEW YORK  )

        **JOSE OQUENDO,** being duly sworn, deposes and says:

        1.    That I am not a party to this action, am over eighteen years of age and resides in the State of New York;

        2.    That on <u>May 30, 2008,</u> at approximately <u>2:21 p.m.</u>, I served by hand, by personally delivering to and leaving with, a true and correct copy of the foregoing documents: **Two Sets of the SUMMONS IN A CIVIL ACTION and COMPLAINT along with Exhibits "1-5", along with the Associated Forty Dollar State Fee Check,** all upon **CLASSIC CLOSEOUTS, LLC, C/o The Secretary of State of the State of New York,** Pursuant to BCL Section 306, via Ms. Jane Doe, who refused to provide her full name but did identify herself as a "Business Document Specialist" and who accepted service on behalf of Classic Closeouts, LLC, C/o Secretary of State of the State of New York, which service was effected at the business address indicated below:

                CLASSIC CLOSEOUTS, LLC
                C/o Secretary of State of the State of New York
                99 Washington Avenue
                Albany, New York 12206

        3.    **Ms. Jane Doe** can best be described as:

Female – White skin – Blonde hair - Approximately 44 – 54 years of age, 5'4"- 5'7" and 155 - 195 lbs.

Dated:  May 30, 2008
           New York, New York

                                                      JOSE OQUENDO
                                                      License No: 1154641

Sworn to before me on this the 30th day of May 2008.


_____
NOTARY PUBLIC

                JENIQUE TORRES
            Notary Public, State of New York
               No. 01TO6092182
           Qualified in New York County
        Commission Expires May 12, 2011

---

RAPID & RELIABLE ATTORNEY SERVICE, CORP.
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 3265
NEW YORK, NEW YORK 10008
212-608-1555

*'We've built our service on your satisfaction'*