Jonathan A. Stein (JS-4597)
Jonathan A. Stein, P.C.
Attorney for Defendant Classic Closeouts, LLC
132 Spruce Street
Cedarhurst, New York 11516-1915
(516) 295-0956

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
B2X CORPORATION,                                                         08 CV 4552

                                     Plaintiff,

                                                                                  **RULE 7.1 STATEMENT**

                    -against-

CLASSIC CLOSEOUTS, LLC and
DANIEL GREENBERG,

                                     Defendants.
-----------------------------------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Classic Closeouts, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                                     NONE

Dated: Cedarhurst, New York
       June 25, 2008

                                                      **JONATHAN A. STEIN, P.C.**
                                                      Attorney for Defendant
                                                      Classic Closeouts, LLC

                                                      By: _____
                                                         **JONATHAN A. STEIN (JS-4597)**
                                                     132 Spruce Street
                                                     Cedarhurst, New York 11516-1915
                                                     (516) 295-0956

TO:   LOEB & LOEB LLP
      Attorneys for Plaintiff
      345 Park Avenue
      New York, New York 10154-1895
      (212) 407-4000

      *via ECF*