Jonathan A. Stein (JS-4597)
Jonathan A. Stein, P.C.
Attorney for Defendant Classic Closeouts, LLC
132 Spruce Street
Cedarhurst, New York 11516-1915
(516) 295-0956

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

B2X CORPORATION,                                                   08 CV 4552

                                    Plaintiff,

                                                          **DEMAND FOR**
            -against-                                 **CHANGE OF VENUE**

CLASSIC CLOSEOUTS, LLC and
DANIEL GREENBERG,

                                    Defendants.
-------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1404 defendant Classic Closeouts,

LLC hereby demands that the venue of this action be changed to the United States District Court,

Eastern District of New York, Central Islip Branch based upon 28 U.S.C. § 1391, inasmuch as

defendant Classic Closeouts, LLC is a Nevada limited liability company with its main and only

office in the United States at 110 West Graham Avenue, Hempstead, New York 11550, hich is

located in Nassau County, New York, and which is within the Eastern District of New York, Central

Islip Branch, and defendant Daniel Greenberg, who has not yet been served, is a resident of

Lawrence, New York, which hich is located in Nassau County, New York, and which is within the

Eastern District of New York, Central Islip Branch.

Dated: Cedarhurst, New York
       June 25, 2008

**JONATHAN A. STEIN, P.C.**
Attorney for Defendant
Classic Closeouts, LLC

By:_____
   **JONATHAN A. STEIN (JS-4597)**
132 Spruce Street
Cedarhurst, New York 11516-1915
(516) 295-0956

TO:    LOEB & LOEB LLP
       Attorneys for Plaintiff
       345 Park Avenue
       New York, New York 10154-1895
       (212) 407-4000

       *via ECF*