UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B2X CORPORATION, Plaintiff, -against- CLASSIC CLOSEOUTS, LLC and DANIEL GREENBERG, Defendants. | Case No.: 08 CV 4552 **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

**JOSE OQUENDO,** being duly sworn, deposes and says:

1. That I am not a party to this action, am over eighteen years of age and resides in the State of New York;

2. That on June 26, 2008, at approximately 1:21 p.m., I personally served a true and correct copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT along with Exhibits "1-5",** all upon **DANIEL GREENBERG,** by Substituted Service, via Ms. "Jane Doe", who refused to provide her full name but who identified herself as a "Housekeeper" and who was served on behalf of Daniel Greenberg, individually. Ms. "Jane Doe" who is known and known to be, someone of suitable age and discretion, who refused to indicate upon inquiry whether she or Daniel Greenberg were either in Military Service or dependant upon anyone within Military Service, which service was left at Daniel Greenberg's actual place of residence indicated below:

DANIEL GREENBERG
62 Sealy Court / Private House
Lawrence, New York

3. **Ms. "Jane Doe"** can best be described as:

Hispanic Female – Light Brown skin – Blonde hair - Brown eyes - Approximately 44 – 54 years of age, 5'7" – 5'11" and 125 – 155 lbs.

4. On June 26, 2008, I deposited in a United States Post Office within New York State, via Regular First Class Mail, another true copy of the abovementioned documents, properly enclosed and sealed in a post-paid envelope bearing the legend 'Personal and Confidential'. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is not from an attorney or concerns an action commenced against the person served, and was addressed to DANIEL GREENBERG, at the address noted above.

Dated: June 26, 2008
New York, New York

JOSE OQUENDO
License No.: 1154641

Sworn to before me on this the 26th day of June 2008.

NOTARY PUBLIC

HOLLY ROLDAN
Notary Public, State of New York
No. 01RO6125752
Qualified in New York County
Commission Expires April 28, 2009