Jonathan A. Stein (JS-4597)
Jonathan A. Stein, P.C.
Attorney for Defendant Classic Closeouts, LLC
132 Spruce Street
Cedarhurst, New York 11516-1915
(516) 295-0956

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
B2X CORPORATION,                                                            08 CV 4552

                                     Plaintiff,

                                                                                     **DEMAND FOR**
                -against-                                             **CHANGE OF VENUE**

CLASSIC CLOSEOUTS, LLC and
DANIEL GREENBERG,

                                     Defendants.
------------------------------------------------------------------------x

     **PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1404 defendant Daniel Greenberg hereby demands that the venue of this action be changed to the United States District Court, Eastern District of New York, Central Islip Branch based upon 28 U.S.C. § 1391, inasmuch as defendant Classic Closeouts, LLC is a Nevada limited liability company with its main and only office in the United States at 110 West Graham Avenue, Hempstead, New York 11550, hich is located in Nassau County, New York, and which is within the Eastern District of New York, Central Islip Branch, and defendant Daniel Greenberg, who has not yet been served, is a resident of Lawrence, New York, which hich is located in Nassau County, New York, and which is within the Eastern District of New York, Central Islip Branch.

Dated: Cedarhurst, New York  
       July 29, 2008

**JONATHAN A. STEIN, P.C.**  
Attorney for Defendant Daniel Greenberg

By:_____  
    **JONATHAN A. STEIN (JS-4597)**  
132 Spruce Street  
Cedarhurst, New York 11516-1915  
(516) 295-0956

TO:    LOEB & LOEB LLP  
          Attorneys for Plaintiff  
          345 Park Avenue  
          New York, New York 10154-1895  
          (212) 407-4000

          *via ECF*