UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



B2X CORPORATION,

                  Plaintiff,

-v-

CLASSIC CLOSEOUTS, LLC, et al.,

                  Defendants.

No. 08 Civ. 4552 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Defendants' letter dated July 20, 2009, alerting the Court and Plaintiff of the Federal Trade Commission action, No. 09 Civ. 2692, being litigated in the Eastern District of New York.

    IT IS HEREBY ORDERED that, no later than July 27, 2009, Plaintiff shall submit a letter to this Court responding to Defendants' letter and setting forth its position.

SO ORDERED.

DATED:    July 22, 2009
               New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE