UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B2X CORPORATION,

                Plaintiff,

-v-

CLASSIC CLOSEOUTS, LLC, *et al.*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/10

No. 08 Civ. 4552 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

By Order dated March 7, 2010, *pro se* Defendant Daniel Greenberg was ordered to submit his opposition to Plaintiff's summary judgment motion by April 23, 2010. By Order dated April 21, 2010, this deadline was adjourned to May 3, 2010.

The Court is now in receipt of five e-mail messages from Greenberg, including a total of forty-seven attachments. Notwithstanding Greenberg's *pro se* status, e-mail messages to chambers do not constitute proper filing; his opposition must be filed in hard copy with the Clerk of the Court. Greenberg must also send additional hard copies to (1) chambers, and (2) Plaintiff. Until such time as Greenberg properly files his opposition, he is in breach of the Court's scheduling Orders.

Accordingly, Greenberg shall file his opposition with the Clerk of the Court forthwith, and in no event later than May 10, 2010; he may contact the Pro Se Office at (212) 805-0175 for assistance. Plaintiff's reply brief shall be due within ten days of the filing of Greenberg's brief, but in no event later than May 24, 2010. Greenberg is reminded that failure to comply with this Order will result in the Court's accepting as true all material facts supported by Plaintiff's evidence. *See Champion v. Artuz*, 76 F.3d 483, 486 (2d Cir. 1996).

DATED:     May 3, 2010
                New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE

<u>A copy of this Order was e-mailed to:</u>

Daniel J. Greenberg
djg123@hotmail.com